1  VERNON C. GOINS II (SBN 195461)
   VERONICA H. GARCIA (SBN 215216)
2  GOINS & ASSOCIATES
   A Professional Law Corporation
3  1330 Broadway, Suite 930
4  Oakland, CA 94612
   Telephone:   (510) 663-3700
5  Facsimile:   (510) 663-3710
6  E-mail:      vgoins@goinslawfirm.com

7  Attorneys for Defendant
   HORNBILL FOODS CORP.
8

9                 UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION
12

13  SIME DARBY JOMALINA SDN BHD,        ) No. CV-13-1837-SI
    Malaysian corporate entity,         )
14                                      )
                                        ) [~~PROPOSED~~] ORDER GRANTING
15          Plaintiff,                  ) CONTINUANCE OF INITIAL CASE
                                        ) MANAGEMENT CONFERENCE
16  v.                                  )
                                        )
17                                      )
    HORNBILL FOODS CORP., a California  )
18  corporation,                        )
                                        ) Date Action Filed:  April 22, 2013
19          Defendant.                  ) Trial Date:  (None Set)
                                        )
20                                      )
                                        )
21  _____)

22
                          **[PROPOSED] ORDER**
23

24      The Court, having reviewed the Stipulation requesting a continuance of the Initial Case

25  Management Conference currently set for August 2, 2013, and Good Cause appearing therefore,

26  makes the following Order:

27      The initial case management conference currently scheduled for August 2, 2013 at 2:30

28  p.m. in Courtroom 10, 18th Floor, San Francisco, California, is hereby continued to August ~~23~~ 30,

1  2013, at 2:30 p.m. in Courtroom 10, 18th Floor, San Francisco, California.

2      IT IS SO ORDERED.

3  Dated: _____7/18/13_____    _____/s/ Susan Illston_____

4      JUDGE OF THE UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

Goins & Associates APLC
1330 Broadway, Suite 930, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710