1  VERNON C. GOINS II (SBN 195461)
   VERONICA H. GARCIA (SBN 215216)
2  GOINS & ASSOCIATES
   A Professional Law Corporation
3  1330 Broadway, Suite 930
   Oakland, CA 94612
4  Telephone:    (510) 663-3700
   Facsimile:    (510) 663-3710
5  E-mail:       vgoins@goinslawfirm.com
6
7  Attorneys for Defendant
   HORNBILL FOODS CORP.
8
9
10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  SIME DARBY JOMALINA SDN BHD,      )   No. CV-13-1837-SI
    Malaysian corporate entity,       )
14                                     )
                                       )   [PROPOSED] ORDER GRANTING
15              Plaintiff,             )   CONTINUANCE OF INITIAL CASE
                                       )   MANAGEMENT CONFERENCE
16  v.                                 )
                                       )
17  HORNBILL FOODS CORP., a California )
    corporation,                       )
18                                     )   Date Action Filed:  April 22, 2013
                                       )   Trial Date:  (None Set)
19              Defendant.             )
                                       )
20                                     )
                                       )
21  _____ )
22
23              **[PROPOSED] ORDER**
24          The Court, having reviewed the Stipulation requesting a continuance of the Initial Case
25  Management Conference currently set for August 2, 2013, and Good Cause appearing therefore,
    makes the following Order:
26
27          The initial case management conference currently scheduled for August 2, 2013 at 2:30
                                                                                        30
28  p.m. in Courtroom 10, 18th Floor, San Francisco, California, is hereby continued to August 23,

Goins & Associates APLC
1330 Broadway, Suite 930, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710

2013, at 2:30 p.m. in Courtroom 10, 18th Floor, San Francisco, California.

IT IS SO ORDERED.

Dated: _____7/18/13_____         _____

JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Goins & Associates APLC
1330 Broadway, Suite 930, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710