| | |
|---|---|
| 1 | Bruce H. Jackson, State Bar No. 98118 |
|   | bruce.jackson@bakermckenzie.com |
| 2 | Christina M. Wong, State Bar No. 288171 |
|   | christina.wong@bakermckenzie.com |
| 3 | **BAKER & McKENZIE LLP** |

Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Plaintiff
SIME DARBY JOMALINA SDN BHD

Vernon C. Goins II, State Bar No. 195461
  vgoins@goinslawfirm.com
Veronica H. Garcia, State Bar No. 215216
  vgarcia@goinslawfirm.com
**GOINS & ASSOCIATES**
1330 Broadway, Suite 930
Oakland, CA 94612
Telephone:     +1 510 663 3700
Facsimile:      +1 510 663 3710

Attorneys for Defendant and Cross-Claimant
HORNBILL FOODS CORP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SIME DARBY JOMALINA SDN BHD, a Malaysian corporate entity, | **Case No.  CV-13-01837 SI** |
| Plaintiff, | **STIPULATION REGARDING CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND ~~PROPOS~~ED ORDER** |
| v. | |
| HORNBILL FOODS CORP., a California Corporation, | Present Date of CMC: |
| Defendant. | October 11, 2013 |
| _____ | Requested Date of Further CMC: |
| HORNBILL FOODS CORP., a California Corporation, | November 15, 2013 |
|  | Time:          2:30 p.m. |
|  | Courtroom: 10, 19th Floor |
| Cross-Claimant, | Before:        The Hon. Susan Illston |
| v. | Date Complaint Filed: April 22, 2013 |
| WESTERN PACIFIC OIL, LLC, a California Limited Liability Corporation | |
| Cross-Defendant. | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

6693509-v2\SFODMS

Case No. CV-13-01837 SI
STIPULATION & PROPOSED ORDER

In accordance with Local Rules 6-2 and 7-12, and pursuant to the Court's Civil Pretrial Minutes of August 30, 201, Sime Darby Jomalina SDN BHD ("Sime Darby" or "Plaintiff"), and Defendant and Cross-Claimant Hornbill Foods Corp. ("Hornbill" or "Defendant") (collectively, "the Parties") have conferred and submit this Stipulation Continuing the Further Joint Case Management Statement and Proposed Order.

WHEREAS, on June 17, 2013, Defendant Hornbill filed a Cross-Claim for Indemnity, Contribution and Declaratory Relief against Cross-Defendant Western Pacific Oil, LLC ("Western Pacific" or "Cross-Defendant");

WHEREAS, counsel for Cross-Defendant has waived service of the Cross-Claim;

WHEREAS, Cross-Defendant's responsive pleading to the Cross-Claim is due on or before October 28, 2013;

WHEREAS, the Further Case Management Conference in this matter is currently set for October 11, 2013;

WHEREAS, the current date for Cross-Defendant to file a responsive pleading is October 28, 2013, which falls after the Further Case Management Conference hearing date of October 11, 2013;

WHEREAS, in view of the fact that the case will not be at issue until after Cross-Defendant files its responsive pleading on October 28, 2013, the Parties have stipulated and agreed that Further Case Management Conference of October 11, 2013 should be continued to November 15, 2013;

WHEREAS, this is the first Stipulation between the Parties for the continuance of the date of the Further Case Management Conference, presently set for October 11, 2013.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties as follows:**

The Further Case Management Conference, presently set for October 11, 2013, will be continued to **November 15, 2013, at 2:30 p.m.**

The Parties shall file an updated Joint Case Management Conference Statement on **November 8, 2013.**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: +1 415 576 3000

6693509-v2\SFODMS

Case No. CV-13-01837 SI
STIPULATION & PROPOSED ORDER

**IT IS SO STIPULATED.**

Dated:  October 4, 2013                         BAKER & McKENZIE LLP
                                                Bruce H. Jackson
                                                Christina M. Wong


                                                By: /s/ Christina M. Wong
                                                    Christina M. Wong
                                                    Attorneys for Plaintiff
                                                    SIME DARBY JOMALINA SDN BHD

Dated:  October 4, 2013                         GOINS & ASSOCIATES
                                                Vernon C. Goins II
                                                Veronica H. Garcia


                                                By: /s/ Veronica H. Garcia
                                                    Veronica H. Garcia
                                                    Attorneys for Defendant and Cross-
                                                    Claimant
                                                    HORNBILL FOODS CORP.

## **ATTESTATION**

I, Christina M. Wong, attest that I am one of the attorneys for Plaintiff SIME DARBY JOMALINA SDN BHD.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: October 4, 2013                          /s/ Christina M. Wong
                                                Christina M. Wong

*********************

///

///

2

Case No. CV-13-01837 SI
STIPULATION & PROPOSED ORDER

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

6693509-v2\SFODMS

*SIME DARBY JOMALINA SDN BHD v. HORNBILL FOODS CORP.*
**And related Cross-Claim:**
**Case No. CV-13-01837 SI**

# ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

The Further Case Management Conference, presently set for October 11, 2013, shall be continued to **November 15, 2013, at 2:30 p.m.** [handwritten: 22 replacing 15]

The Parties shall file an updated Joint Case Management Conference Statement on **November 8, 2013.** [handwritten: 15 replacing 8]

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  10/7/13                    _____
                                    The Honorable Susan Illston
                                    United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: +1 415 576 3000

3

6693509-v2\SFODMS

Case No. CV-13-01837 SI
STIPULATION & PROPOSED ORDER

1  Bruce H. Jackson, State Bar No. 98118
   bruce.jackson@bakermckenzie.com
2  Christina M. Wong, State Bar No. 288171
   christina.wong@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone:  +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Attorneys for Plaintiff
   SIME DARBY JOMALINA SDN BHD

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12

13 | SIME DARBY JOMALINA SDN BHD, a Malaysian corporate entity, | **Case No.  CV-13-01837 SI** |
|---|---|
14 | Plaintiff, | **CERTIFICATE OF SERVICE** |
15 | v. | |
16 | HORNBILL FOODS CORP., a California Corporation, | Courtroom: 10, 19th Floor<br>Before:     The Hon. Susan Illston |
17 | | Date Complaint Filed: April 22, 2013 |
18 | Defendant. | |
19 | | |
20 | HORNBILL FOODS CORP., a California Corporation, | |
21 | Cross-Claimant, | |
22 | v. | |
23 | WESTERN PACIFIC OIL, LLC, a California Limited Liability Corporation | |
24 | | |
25 | Cross-Defendant. | |

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: +1 415 576 3000

6689993-v1\SFODMS

Case No. CV-13-01837 SI
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Nada K. Hitti, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111. On **October 4, 2013,** I served the attached

### STIPULATION REGARDING CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

on counsel for the parties in this action as ECF filers via the Court's ECF filing system, as follows:

| | |
|---|---|
| **Vernon C. Goins II, Esq.**<br>**Veronica H. Garcia, Esq.**<br>**GOINS & ASSOCIATES**<br>**1330 Broadway, Suite 930**<br>**Oakland, CA 94612**<br>vgoins@goinslawfirm.com<br>vgarcia@goinslawfirm.com<br><br>**Telephone:** +1 510 663 3700<br>**Facsimile:** +1 510 663 3710 | **Counsel for Defendant and Cross-Claimant**<br>**HORNBILL FOODS CORP** |

☒ **(VIA CM/ECF NOTICE OF ELECTRONIC FILING):** I caused said document(s) to be served by means of the Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel noted above who are registered as CM/ECF Users, as set forth in the service list of the Court

and on

| | |
|---|---|
| **Sam S. Yebri, Esq.**<br>**Merino Yebri, LLP**<br>**1925 Century Park East, Suite 2140**<br>**Los Angeles, CA 90067**<br>syebri@mylawllp.com<br><br>**Telephone:** +1 310.551.2000<br>**Facsimile:** +1 310.693.9458 | **Counsel for Cross-Defendant**<br>**WESTERN PACIFIC OIL, LLC** |

☒ **(BY U.S. MAIL)** I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing **at BAKER & McKENZIE LLP, San Francisco,** California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at San Francisco, California on **October 4, 2013**.

*/s/ Nada K. Hitti*
Nada K. Hitti

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: +1 415 576 3000

6689993-v1\SFODMS

Case No. CV-13-01837 SI
CERTIFICATE OF SERVICE