1  SAM S. YEBRI (SBN 246444)
   syebri@mylawllp.com
2  ALEXANDER M. MERINO (SBN 241551)
   amerino@mylawllp.com
3  MERINO YEBRI LLP
   1925 Century Park East, Suite 2140
4  Los Angeles, California 90067
   Tel:   (310) 551-2000
5  Fax:   (310) 693-9458

6  *Attorneys for Cross-Defendant*
   WESTERN PACIFIC OILS, LLC (erroneously sued as
7  WESTERN PACIFIC OIL, LLC)

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12  SIME DARBY JOMALINA SDN BHD,          )   Case No. CV-13-1837-SI
13  a Malaysian corporate entity,          )
                                           )   Honorable Susan Illston
14                    Plaintiff,           )   Courtroom 10, 19th Floor
                                           )
15              v.                         )   **REQUEST OF CROSS-DEFENDANT**
                                           )   **WESTERN PACIFIC OILS, LLC TO**
16  HORNBILL FOODS CORP., a California     )   **APPEAR TELEPHONICALLY AT THE**
    corporation,                           )   **FED. R. CIV. P. 16(b) CASE**
17                                         )   **MANAGEMENT CONFERENCE;**
                                           )   **[~~PROPOSED~~] ORDER GRANTING THE**
18                    Defendant.           )   **REQUEST OF CROSS-DEFENDANT**
                                           )   **WESTERN PACIFIC OILS, LLC TO**
19                                         )   **APPEAR TELEPHONICALLY**
                                           )
20  _____        )
                                           )   Complaint Filed:  April 22, 2013
21  HORNBILL FOODS CORP., a California     )
    corporation,                           )
22                                         )
                    Cross-Claimant,        )
23                                         )
                v.                         )
24                                         )
    WESTERN PACIFIC OIL, LLC, a            )
25  California limited liability company;   )
                                           )
26                    Cross-Defendant.     )
                                           )
27                                         )
                                           )
28  _____        )

1    Pursuant to Northern District Civil Local Rule 16-10(a), Cross-Defendant

2   WESTERN PACIFIC OILS, LLC (erroneously sued as WESTERN PACIFIC OIL, LLC)

3   ("Cross-Defendant") hereby requests permission from the Court to appear telephonically at

4   the Federal Rule of Civil Procedure 16(b) Case Management Conference scheduled for

5   November 22, 2013 at 2:30 p.m.  Telephonic attendance is requested because Cross-

6   Defendant's counsel is located in Los Angeles, California and is scheduled to appear in

7   Los Angeles Superior Court in Van Nuys, California that morning at 8:30 a.m. on a

8   previously scheduled demurrer hearing in the matter of *Lee v. Al Revah, et al.*, LASC Case

9   No. LC100340.  Travel to the Northern District would create an undue burden for Cross-

10   Defendant's counsel and incur substantial costs for Cross-Defendant.

11
12
13
14   DATED:  October 25, 2013              MERINO YEBRI LLP
15
16
17                                        By: _____
                                               SAM S. YEBRI
18                                          *Attorneys for Cross-Defendant*
                                          WESTERN PACIFIC OILS, LLC (erroneously
19                                          sued as WESTERN PACIFIC OIL, LLC)
20
21
22
23
24
25
26
27
28

REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY
CASE NO. CV-13-1837-SI

1

## [PROPOSED] ORDER

2       Good cause appearing therefore, IT IS HEREBY ORDERED that counsel for

3   Cross-Defendant WESTERN PACIFIC OILS, LLC shall be permitted to appear

4   telephonically at the Federal Rule of Civil Procedure 16(b) Case Management Conference

5   scheduled for November 22, 2013 at 2:30 p.m.

6   **IT IS SO ORDERED.**

7

8   DATED:    10/28/13

9   Honorable Susan Illston
    United States District Court,
10  Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY
CASE NO. CV-13-1837-SI

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is: 1925

3 Century Park East, Suite 2140, Los Angeles, CA 90067.

4      On October 25, 2013, I served the documents described as:

5 **REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY AT THE FED. R. CIV. P. 16(b) CASE**

6 **MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING THE REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO**

7 **APPEAR TELEPHONICALLY**

8 on all interested parties in this action as follows:

9 [X]:  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Rule(s), the foregoing

10 documents will be served by the court via NEF and hyperlink to the document. On <u>October 25, 2013,</u> I checked the CM/ECF docket for this case and determined that the following

11 person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

12

13 Christina Wong (christina.wong@bakermckenzie.com)
Brandon Egan Caire (Brandon.Caire@bakermckenzie.com)
Brendan Donald Cook (Brendan.Cook@bakermckenzie.com)

14 Bruce H. Jackson (bruce.jackson@bakermckenzie.com)
Baker and McKenzie LLP

15 Two Embarcadero Center, 11th Floor
San Francisco, CA 94111

16

17 Vernon C. Goins, II (vgoins@goinslawfirm.com)
Goins & Associates, A Professional Law Corporation

18 1330 Broadway, Suite 930
Oakland, CA 94612

19 [ ]:  BY FACSIMILE SERVICE – Using fax number (310) 693-9458, I transmitted the document(s) above to each of the indicated facsimile numbers by facsimile machine.  The

20 transmission was reported as completed and without error.

21 [X]:  (FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22

23      I declare under penalty of perjury that the foregoing is true and correct.

      EXECUTED on October 25, 2013, in Los Angeles, California.

24

25

26 _____
Sam S. Yebri

27

28