1  SAM S. YEBRI (SBN 246444)
   syebri@mylawllp.com
2  ALEXANDER M. MERINO (SBN 241551)
   amerino@mylawllp.com
3  MERINO YEBRI LLP
   1925 Century Park East, Suite 2140
4  Los Angeles, California 90067
   Tel:    (310) 551-2000
5  Fax:    (310) 693-9458

6  *Attorneys for Cross-Defendant*
   WESTERN PACIFIC OILS, LLC (erroneously sued as
7  WESTERN PACIFIC OIL, LLC)

8
                    **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN FRANCISCO DIVISION**
11

12 SIME DARBY JOMALINA SDN BHD,        )   Case No. CV-13-1837-SI
                                       )
13 a Malaysian corporate entity,       )   Honorable Susan Illston
                                       )   Courtroom 10, 19th Floor
14              Plaintiff,             )
                                       )   **REQUEST OF CROSS-DEFENDANT**
15        v.                           )   **WESTERN PACIFIC OILS, LLC TO**
                                       )   **APPEAR TELEPHONICALLY AT THE**
16 HORNBILL FOODS CORP., a California  )   **FED. R. CIV. P. 16(b) CASE**
   corporation,                        )   **MANAGEMENT CONFERENCE;**
17                                     )   **[PROPOSED] ORDER GRANTING THE**
                                       )   **REQUEST OF CROSS-DEFENDANT**
18              Defendant.             )   **WESTERN PACIFIC OILS, LLC TO**
                                       )   **APPEAR TELEPHONICALLY**
19                                     )
                                       )
20 ─────────────────────────────────  )
                                       )   Complaint Filed:  April 22, 2013
21 HORNBILL FOODS CORP., a California  )
   corporation,                        )
22                                     )
                                       )
           Cross-Claimant,             )
23                                     )
        v.                             )
24                                     )
                                       )
25 WESTERN PACIFIC OIL, LLC, a         )
   California limited liability company; )
26                                     )
           Cross-Defendant.            )
27                                     )
                                       )
28 ─────────────────────────────────  )

REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY
Case No. CV-13-1837-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Northern District Civil Local Rule 16-10(a), Cross-Defendant WESTERN PACIFIC OILS, LLC (erroneously sued as WESTERN PACIFIC OIL, LLC) ("Cross-Defendant") hereby requests permission from the Court to appear telephonically at the Federal Rule of Civil Procedure 16(b) Case Management Conference scheduled for November 22, 2013 at 2:30 p.m.  Telephonic attendance is requested because Cross-Defendant's counsel is located in Los Angeles, California and is scheduled to appear in Los Angeles Superior Court in Van Nuys, California that morning at 8:30 a.m. on a previously scheduled demurrer hearing in the matter of *Lee v. Al Revah, et al.*, LASC Case No. LC100340.  Travel to the Northern District would create an undue burden for Cross-Defendant's counsel and incur substantial costs for Cross-Defendant.


DATED:  October 25, 2013                    MERINO YEBRI LLP

                                            By: _____
                                                 SAM S. YEBRI
                                                 *Attorneys for Cross-Defendant*
                                                 WESTERN PACIFIC OILS, LLC (erroneously
                                                 sued as WESTERN PACIFIC OIL, LLC)

REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY
CASE NO. CV-13-1837-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that counsel for Cross-Defendant WESTERN PACIFIC OILS, LLC shall be permitted to appear telephonically at the Federal Rule of Civil Procedure 16(b) Case Management Conference scheduled for November 22, 2013 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED:   10/28/13

Honorable Susan Illston
United States District Court,
Northern District of California

1

## PROOF OF SERVICE

2       I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is: 1925
3   Century Park East, Suite 2140, Los Angeles, CA 90067.

4       On October 25, 2013, I served the documents described as:

5   **REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY AT THE FED. R. CIV. P. 16(b) CASE**
6   **MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING THE REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO**
7   **APPEAR TELEPHONICALLY**

8   on all interested parties in this action as follows:

9   [X]:  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Rule(s), the foregoing
10  documents will be served by the court via NEF and hyperlink to the document. On October 25, 2013, I checked the CM/ECF docket for this case and determined that the following
11  person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

12

13  Christina Wong (christina.wong@bakermckenzie.com)
    Brandon Egan Caire (Brandon.Caire@bakermckenzie.com)
    Brendan Donald Cook (Brendan.Cook@bakermckenzie.com)
14  Bruce H. Jackson (bruce.jackson@bakermckenzie.com)
    Baker and McKenzie LLP
15  Two Embarcadero Center, 11th Floor
    San Francisco, CA 94111

16

17  Vernon C. Goins, II (vgoins@goinslawfirm.com)
    Goins & Associates, A Professional Law Corporation
    1330 Broadway, Suite 930
18  Oakland, CA 94612

19  [ ]:  BY FACSIMILE SERVICE – Using fax number (310) 693-9458, I transmitted the document(s) above to each of the indicated facsimile numbers by facsimile machine.  The
20  transmission was reported as completed and without error.

21  [X]:  (FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
22

23      I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on October 25, 2013, in Los Angeles, California.
24

25

26  _____
    Sam S. Yebri
27

28

REQUEST OF CROSS-DEFENDANT WESTERN PACIFIC OILS, LLC TO APPEAR TELEPHONICALLY
CASE NO. CV-13-1837-SI