IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIME DARBY JOMALINA SDN BHD,       No. C 13-01837 SI

        Plaintiff,       **PRETRIAL PREPARATION ORDER**

  v.

HORNBILL FOODS CORP.,

        Defendant.
                                          /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 7, 2014</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 14, 2014</u>.

DESIGNATION OF EXPERTS: <u>2/3/14</u>; REBUTTAL: <u>2/24/14</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 14, 2014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 21, 2014</u>,

   Opp. Due <u>April 4, 2014</u>;   Reply Due <u>April 11, 2014</u>,

   and set for hearing no later than <u>April 25, 2014 at 9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 10, 2014</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>June 23, 2014</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation in February 2014.  Counsel shall inform the Court of the name of the mediator and the date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/25/13

                                                        SUSAN ILLSTON
                                                        United States District Judge