IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIME DARBY JOMALINA SDN BHD,  Plaintiff,  v.  HORNBILL FOODS CORP.,  Defendant. / | No. C 13-01837 SI  **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 7, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 14, 2014.

DESIGNATION OF EXPERTS: 2/3/14; REBUTTAL: 2/24/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 14, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by March 21, 2014,

    Opp. Due April 4, 2014;   Reply Due April 11, 2014,

     and set for hearing no later than April 25, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 10, 2014 at 3:30 PM.

COURT TRIAL DATE: June 23, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation in February 2014.  Counsel shall inform the Court of the name of the mediator and the date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/25/13

_____
SUSAN ILLSTON
United States District Judge