**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIME DARBY JOMALINA SDN BHD, | No. C 13-01837 SI |
| Plaintiff, | **ORDER** |
| v. | |
| HORNBILL FOODS CORP., | |
| Defendant. / | |

The Court has reviewed the Notice of Bankruptcy indicating that defendant Hornbill Foods Corp., has now filed for bankruptcy protection.

THEREFORE IT IS HEREBY ORDERED this case shall be stayed and statistically closed due to the pending bankruptcy proceeding.

Dated: 2/25/14

SUSAN ILLSTON
United States District Judge